**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Mack Industries Ltd.**, *et al.*, | Bankruptcy No. 17-09308 (Jointly Administered) |
| Debtors.[1] | Honorable Carol A. Doyle |
| **Ronald R. Peterson**, as chapter 7 trustee for Mack Industries Ltd., | |
| Plaintiff, | |
| v. | Adversary No. 19-00368 |
| **Synchrony Bank**, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEAL**

**PART 1: IDENTIFY THE APPELLANT(S)**

1. Name(s) of appellant(s): Ronald R. Peterson, as chapter 7 trustee for Mack Industries Ltd.

---

[1] The debtors, with their respective bankruptcy case numbers, are as follows: Mack Industries, Ltd. (17-09308); Oak Park Avenue Realty, Ltd. (17-16651); Mack Industries II, LLC (17-16859); Mack Industries III, LLC (17-17106); Mack Industries IV, LLC (17-17109); Mack Industries V, LLC (18-03445); and Mack Industries VI, LLC (18-03451).

{00191092}

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☑ Plaintiff<br>☐ Defendant<br>☐ Other (describe) _____ | ☐ Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ Other (describe) _____ |

## PART 2: IDENTIFY THE SUBJECT OF THIS APPEAL.

1. Describe the judgement, order, or decree appealed from: Order Granting in Part and Denying in Part Motion to Dismiss Adversary (ECF No. 58).

2. State the date on which the judgment, order, or decree was entered: March 8, 2021.

## PART 3: IDENTIFY THE OTHER PARTIES TO THE APPEAL.

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

Party: Synchrony Bank  Attorney: Ann E. Pille
Reed Smith
10 South Wacker Dr., 40th Floor
Chicago, IL 60606
(312) 207-3870
apille@reedsmith.com

Party: Lowes Companies Inc.  Attorney: Ann E. Pille
Reed Smith
10 South Wacker Dr., 40th Floor
Chicago, IL 60606
(312) 207-3870
apille@reedsmith.com

### PART 4: OPTIONAL ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT (APPLICABLE ONLY IN CERTAIN DISTRICTS).

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than the Bankruptcy Appellate Panel.

### PART 5: SIGN BELOW.

Dated: March 18, 2021

Respectfully submitted,

**Ronald R. Peterson**, as chapter 7 trustee for Mack Industries Ltd.

By: /s/ Jeffrey K. Paulsen
One of His Attorneys

Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-0969
Fax: (847) 574-8233
Email: jpaulsen@wfactorlaw.com

{00191092} —4—