**United States Bankruptcy Court**
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| **Jeffrey P. Allsteadt**, Bankruptcy Clerk | Date: 3/19/2021 |
| | Adversary Case Number: 19A368 |
| Thomas G. Bruton Clerk | Case Name: Peterson v. Synchrony Bank, et al |
| United States District Court | Appellant: Ronald R. Peterson, as Trustee |
| Northern District of Illinois | District Court Case Number: 21 cv 1519 |
| | District Court Judge: Jorge L. Alonso |
| | Notice of Appeal and Motion for leave to Appeal Filed: 3/18/2021 |

Dear Sir:

Pursuant to Bankruptcy Rule 8004, the following documents are being transmitted in connection with a Notice of Appeal and Motion for Leave to Appeal:

- ☑ Notice of Appeal and Motion for Leave to Appeal
- ☑ Civil Cover Sheet
- ☑ Docket Sheet
- ☑ Transmittal Letter
- ☑ Judgement / Order being Appeal
- ☐ NOA Unpaid Fee Due
- ☐ In Forma Pauperis

If the Motion is Granted the following documents will be transmitted to District Court.

- ☐ Designation and Statement of Issues
- ☐ Record of Appeal/Docket Sheet
- ☐ Transcripts
- ☐ Transmittal Letter
- ☐ Notice of Appeal Unpaid Fee Due

Additional Items Included:

Rev: 02/2016bgb　　　　By Deputy Clerk　Melissa Ross